428.   DAVIS v. THE STATE.

POWELL, J. The court erred in not granting a new trial on account of the newly discovered testimony; especially so, in the light of the character of the evidence on which the conviction rests.

*Judgment reversed.*

Conviction of manslaughter, from Toombs superior court— Judge Rawlings. March 1, 1907.

Submitted April 23,—Decided May 9, 1907.

*William B. Kent, John R. Cooper,* for plaintiff in error.